IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 9:23-cr-00460-BHH-3 |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| **ROY FELDER, JR.** | ) |
| a/k/a "Unc" | ) |

The Government's Motion to dismiss the Indictment as to the above-captioned defendant is hereby granted, and it is ordered and decreed that the Indictment in 9:23-cr-00460 against **ROY FELDER, JR.** be dismissed and the same is hereby dismissed without prejudice.

                                                                           s/ Bruce Howe Hendricks
                                                                           Bruce H. Hendricks
                                                                           United States District Judge

Charleston, South Carolina

July __24__, 2024